UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No. 8:13-cr-25-T-30EAJ

ABDUL JAMAL WESLEY BREWLEY

**PRELIMINARY ORDER OF FORFEITURE**

Before the Court is the United States' Motion for a Preliminary Order of Forfeiture (Doc. 58), pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for the following firearm and ammunition:

(a)   One Glock 23, .40 caliber firearm, serial number NYT117; and

(b)   Ten rounds of Hornady .40 caliber ammunition.

Being fully advised in the premises, the Court finds that the firearm and ammunition described above were used, or intended to be used to commit or to facilitate the commission of the conspiracy to manufacture one hundred or more marijuana plants, in violation of 21 U.S.C. §§ 846 and 841(a)(1)(B)(vii), as charged in Count One of the Indictment, for which the defendant has been convicted. The United States has established the requisite nexus between the assets sought for forfeiture and the offense of conviction, and, thus, the United States is entitled to seizure of the firearm and ammunition, pursuant to Rule 32.2(b)(2).

Accordingly, it is hereby

**ORDERED** that for good cause shown, the motion (Doc. 58) of the United States is GRANTED.

It is FURTHER **ORDERED** that pursuant to the provisions of 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2(b)(2), all right, title and interest of Abdul Jamal Wesley Brewley in the firearm and ammunition described above are forfeited to the United States for disposition according to law.  In accordance with Rule 32.2(b)(4) and the defendant's Plea Agreement, the order of forfeiture will be final as to the defendant at the time it is entered.  Doc. 44 at 9.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the property, and to address any third party claims that may be asserted in these proceedings.

**ORDERED** in Tampa, Florida, on January 6, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
All Parties/Counsel of Record

F:\Docs\2013\13-cr-25 pof 58 Brewley.docx